523

**No. 43922.**—Protest 22511–K of Dan Brechner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of puzzles similar to those the subject of Abstract 25607. The claim at 35 percent under paragraph 1413 was therefore sustained.

**No. 43923.**—Protests 6086–K/11950, etc., of S. H. Kress & Co. (New Orleans).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 41517 inflatable animals in chief value of india rubber were held dutiable at 25 percent under paragraph 1537 as claimed.

**No. 43924.**—Protest 2342–K of Sprouse-Reitz Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the merchandise consists of articles similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

BEFORE THE SECOND DIVISION, JUNE 11, 1940

**No. 43925.**—Protests 325028–G, etc., of Max Greenberg & Co. (New York).

Opinion by TILSON, J. It was stipulated that the items in question were all of net and embroidered similar to those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43926.**—Protest 358783–G of Garfinkel & Ritter (New York).

Opinion by TILSON, J. It was stipulated that the items in question are similar to those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809). The claim at 75 percent under paragraph 1430 as embroidered was therefore sustained.

BEFORE THE THIRD DIVISION, JUNE 11, 1940

**No. 43927.**—Protest 992149–G of C. E. Dippel & Co., Inc. (New York).

Opinion by CLINE, J. On the record presented the protest was overruled. *American Express Co.* v. *United States* (1 Cust. Ct. 157, C. D. 41) cited.